# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NANCY J. THOMAS**, individually and as Trustee of the **NANCY J. THOMAS REVOCABLE TRUST AGREEMENT**, and **SCOTT THOMAS**,
Appellants,

v.

**DLJ MORTGAGE CAPITAL, INC.**,
Appellee.

No. 4D2025-1625

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher William Pole, Judge; L.T. Case No. 062023CA015403AXXXCE.

James Randal Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellants.

Silver Bohn and Phillip Reznik of Albertelli Law, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***